IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETER JOHN BARNES and
MICHELLE DENISE HEIDENRICH BARNES,

    Plaintiffs,

v.                                                Case No. 1:10cv163-SPM/GRJ

INTERNAL REVENUE SERVICE,

    Defendant.

_____/

## ORDER

        This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 19) which recommends that Plaintiffs' Motion for Judgment as a Matter of Law (doc. 15) be denied and Defendant's Motion to Dismiss (doc. 10) be granted.  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections were filed.  Upon consideration, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is hereby ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 19) is **adopted** and incorporated by reference into this order;

    2.    Plaintiffs' Motion for Judgment as a Matter of Law (doc. 15) is

**denied**; and

3. Defendant's Motion to Dismiss (doc. 10) is **granted.**

4. The Clerk is directed to enter judgment in favor of Defendant and close this case.

**DONE AND ORDERED** this 30th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge